

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00199-CV

| | | |
|---|---|---|
| TEXAS REAL ESTATE COMMISSION, Appellant | § | On Appeal from County Court at Law No. 2 |
| | § | of Tarrant County (2016-000685-2) |
| V. | § | April 13, 2023 |
| PAUL MURPHY, Appellee | § | Memorandum Opinion by Justice Wallach |

**JUDGMENT**

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's order. It is ordered that the judgment of the trial court is affirmed in part and reversed and remanded in part. We reverse that portion of the trial court's order directing Appellant Texas Real Estate Commission (TREC) to pay from the fund the mental anguish damages award, and we modify the order to reduce the amount ordered to be paid by $20,000. We remand this case to the trial

court to recalculate the prejudgment interest. We affirm the trial court's order in all other respects.

It is further ordered that each party shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
    Justice Mike Wallach
